IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-03199-DME-NRN

HEATHERDAWN GENTRY,

    Plaintiff,

v.

PRESTIGE SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal (Doc. No. 9).

IT IS THEREFORE ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.


Dated:  January 3, 2019


BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE